■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE RODRIGUEZ, Appellant. [844 NYS2d 902]—Appeals by the defendant from two judgments of the Supreme Court, Kings County (Konviser, J.), both rendered June 1, 2005, convicting him of robbery in the first degree and robbery in the second degree (two counts) under indictment No. 1458/04, and robbery in the first degree under indictment No. 4691/04, upon his pleas of guilty, and imposing sentences. The appeal from the judgment rendered under indictment No. 1458/04 brings up for review the denial, after a hearing (Marrus, J.), of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgments are affirmed.

The record does not reflect that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (*see People v Lopez*, 6 NY3d 248 [2006]; *People v Hurd*, 44 AD3d 791 [2007]; *cf. People v Ramos*, 7 NY3d 737 [2006]). We find that the hearing court properly denied that branch of the defendant's omnibus motion which was to suppress physical evidence (*see People v Gray*, 35 AD3d 629 [2006]). Furthermore, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Miller, J.P., Crane, Ritter and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND RODRIGUEZ, Appellant. [844 NYS2d 902]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 26, 1993 (*People v Rodriguez*, 192 AD2d 731 [1993]), affirming a judgment of the Supreme Court, Kings County, rendered October 27, 1987, and an order of the same court dated December 9, 1988.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Schmidt, Crane and Rivera, JJ., concur.